**FILED**
September 15, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____TB_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No.: **DR-21-CR-01466-AM** |
| v. | § § § | **INDICTMENT** |
| ALEJANDRO CARMONA-CASTANEDA | § § | [Vio: 8 U.S.C. § 1326(a) & (b)(1)/(2): Illegal Re-entry into the United States.] |

THE GRAND JURY CHARGES:

COUNT ONE
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about August 19, 2021, in the Western District of Texas, Defendant,

**ALEJANDRO CARMONA-CASTANEDA,**

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported and removed from the United States on or about October 1, 2020, and that the Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1)/(2).

A TRUE BILL.

███████████████
FOREPERSON

ASHLEY C. HOFF
United States Attorney

By: _____ (signed: James T. Ward FOR)
MICHAEL G. SCHNEIDER
Assistant United States Attorney